

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/29/2015 8:08:50 AM
PAM ESTES
Clerk

September 25, 2015

FILED FOR RECORD
At 8:03 o'clock a.m.

SEP 28 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____Dep.

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:                12-14-00198-CR
          Trial Court Case Number:    28,141

**Style:**   Anthony Dorsett Purvis
             v.
             The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
      Katrina McClenny, Chief Deputy Clerk

C Mr. Douglas E. Lowe (DELIVERED VIA E-MAIL)
C Anthony Dorsett Purvis
:  Mr. William M. House Jr. (DELIVERED VIA E-MAIL)

Mandate executed on ___28___ day of ___September___, 2015.

Brief explanation of action taken: _Filed in the papers of the cause._

_Janice D. Staples_                                     District/County Clerk

517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us